AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>John Doe<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 24-MJ-8203-PGL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 24, 2024 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Daniel McNichol

☒ Continued on the attached sheet.

Daniel J. McNichol /by Paul G. Levenson
*Complainant's signature*

Daniel McNichol, Special Agent
*Printed name and title*

Sworn to before me and signed ~~in my presence~~ by telephone.

Date: 05/03/2024

[signature]
*Judge's signature*

City and state: Boston, Massachusetts

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS