# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

ISAIAH AARON TENRYK

*Defendant(s)*

Case No. 24-MJ-8203-PGL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 24, 2024 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Daniel McNichol

❐ Continued on the attached sheet.

Daniel J. McNichol /by Paul G. Levenson
*Complainant's signature*

Daniel McNichol, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/09/2024

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*