# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** IRS

**City:** Boston
**County:** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: _____  Case No.: _____
- Same Defendant: _____  New Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: _____
- R 20/R 40 from District of: _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**
- Defendant Name: ISAIAH AARON TENRYK
- Juvenile: ☐ Yes  ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
- Alias Name: Hamdy Elgindy
- Address: _____
- Birth date (Yr only): 1996  SSN (last 4#): _____  Sex: M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
- AUSA: Kriss Basil  Bar Number if applicable: 673074

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/9/2024   Signature of AUSA: /s/ Kriss Basil

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ISAIAH AARON TENRYK

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**