**AMENDED AFFIDAVIT**

I, Daniel J. McNichol, state:

*INTRODUCTION AND AGENT BACKGROUND*

1.  I am a Special Agent with Internal Revenue Service Criminal Investigation, United States Department of Treasury ("IRS-CI"), assigned to the Boston Field Office. As a Special Agent, I investigate criminal violations of the Internal Revenue Code and related criminal statutes, including bank fraud, in violation of 18 U.S.C. § 1344, and money laundering, in violation of 18 U.S.C. §§ 1956 and 1957.

2.  I was previously the affiant on an affidavit in support of a criminal complaint charging JOHN DOE with bank fraud, in violation of 18 U.S.C. § 1344. *See United States v. John Doe*, No. 24-8203 (Sealed). As detailed below, I have now identified JOHN DOE as ISAIAH AARON TENRYK of Brooklyn, New York, aka "Isaiah Write," aka "Ted Gosling." I submit this affidavit in support of an application for an amended criminal complaint charging TENRYK with bank fraud, in violation of 18 U.S.C. § 1344, and with aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1), and for a warrant for TENRYK's arrest.

3.  The facts in this affidavit come from my personal knowledge, information provided to me by other law enforcement agents, information I obtained through witness interviews, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation and includes only the information necessary to establish probable cause for the requested complaint and arrest warrant.

## PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED

Background

4.  According to New York State Department of Motor Vehicles ("DMV") records, which I have reviewed, TENRYK lives in Brooklyn, New York. His New York driver's license number is ▇▇▇▇. His driver's license record states his height as 6' 1" and his date of birth as ▇▇▇▇. Below is the image on file with the New York DMV for TENRYK.



Of note in the image above is the facial tattoo below the outside corner of TENRYK's right eye.

5.  I also obtained United States passport information for TENRYK. His passport also lists his date of birth as ▇▇▇▇. Below is the facial image on file with the United States government for TENRYK's passport (No. ▇▇▇▇).



Again, of note in the image is the facial tattoo below the outside corner of TENRYK's right eye.

6. The Bank is a community bank located in metro Boston, the deposits of which are insured by the Federal Deposit Insurance Corporation ("FDIC").

7. The Company is a business entity with operations in New York, Pennsylvania, and New Jersey. The Company provides support and clinical services to persons with developmental disabilities and behavioral health challenges.

8. The Executive, whom I have interviewed, is the Company's chief executive officer. The Executive told me that he was not in Massachusetts in April 2024. On or about May 3, 2024, I obtained the image below of the Executive from counsel for the Company.



I also obtained a photo of the Executive from the Company's public website. Below is the image.



3

9. I also interviewed the Company's chief financial officer, who told me, in substance, that the Company applied to the IRS for an Employee Retention Tax Credit. Upon further research, it was determined the Company did receive and cash some checks from the United States Treasury for the tax credit relating to the Company's business in New York and Pennsylvania. But the Company has outstanding checks for the tax credit relating to its business in New Jersey that it never received from the United States Treasury.[1]

The Bank Fraud

10. On or about April 24, 2024, TENRYK, purporting to be the Executive, entered the Bank and opened a personal account in the name of the Executive and a business account in the name of the Company.

11. During the account application process, TENRYK presented a purported New York driver's license that bears the Executive's name. Below is an image of the purported license with the Executive's name, address, and driver's license number redacted.



---

[1] The Employee Retention Credit was a refundable tax credit for eligible businesses that were negatively affected by the COVID-19 pandemic.

Of note in the driver's license image is the facial tattoo below the outside edge of the right eye, and that the driver's license lists the height as 6' 1". Using law enforcement databases, I confirmed that the driver's license number on the above-pictured license is the correct license number for the Executive's genuine New York license. The Executive also confirmed to me that the license number on the license pictured above is his real identifier.

12. During the application process on or about April 24, 2024, the Bank's security system captured video of TENRYK. Below are two still images from the Bank's security video that display TENRYK's face.





13. As part of the application process, on or about April 24, 2024, TENRYK provided information to the Bank including a Social Security number for the Executive. Using law enforcement databases, I confirmed the Social Security number that TENRYK provided belongs to the Executive. The Executive confirmed his Social Security number when I interviewed him.

14. Also as part of the application process, on or about April 24, 2024, TENRYK provided the Bank a purported corporate address for the Company in Boston in "Unit 603" and a purported lease for that unit. I confirmed no "Unit 603" exists at the address TENRYK provided.

15. The Bank asked TENRYK to return to the Bank on or about April 25, 2024 with another corporate officer who could verify TENRYK's information and sign additional forms required by the bank.

16. On or about April 25, 2024, TENRYK returned to the Bank with an accomplice. The Bank's security system captured video of TENRYK and the accomplice in the Bank. I have reviewed the video and still images taken from it. The accomplice is an African-American female with close-cut hair. Below is a still image from the Bank's security system.



17. According to bank personnel, who have been interviewed by IRS-CI Special Agents, the accomplice represented herself to be the secretary of the Company.

6

18.     The accomplice used the purported name of the Company's clerk and vice president that appears on public corporate filings available from the Secretary of State for the Commonwealth of Massachusetts, which were filed on March 27, 2024. Those filings with the Commonwealth appear to be fraudulent.

19.     The Executive and the chief financial officer of the Company, both of whom I have interviewed, told me that the Company did not register as a Massachusetts corporation in March 2024. They also told me that they do not know anyone with the name used by the accomplice when she pretended to be the Company's secretary.

20.     After completing additional paperwork with the accomplice on or about April 25, 2024, TENRYK deposited the check pictured below into the Company account at the Bank.





The check is paid to the order of the Company and the Executive. I have confirmed that the check

is genuine and that based on the deposit, the United States Treasury transferred $3,078,686.94 to the Bank. The funds are currently being held by the Bank and have not yet been deposited into the Company account at the Bank.

21. I confirmed with the Company's chief financial officer and with the Executive that the Company did not authorize or direct anyone to deposit the $3,078,686.94 check into an account in the Company's name at the Bank.

22. After TENRYK deposited the check, Bank personnel informed him that under Bank policy, there would be a ten-day hold on the account and that TENRYK could access the funds after about May 8, 2024.

23. According to Bank electronic records of online or mobile access to the Company's account, a person has accessed or attempted to access the Bank's online account information for the account on or about April 25, April 26, April 27, April 29, April 30, May 1, and May 3, 2024. Notably, a person who electronically accessed the Company's account at the Bank attempted to link the account first to a CashApp account and then to an account at another national bank. Based on my experience and training, I understand this to represent an effort to transfer funds from the account without returning in person to the bank.

24. On or about May 6 and 7, 2024, law enforcement obtained photos from publicly available social media sites for a person using the handle, "Ted Gosling," and the pseudonym, "Isaiah Write."

25. Below is an image from the "Ted Gosling" social media site, which places "Ted Gosling" in Boston on or about April 26, 2024 and appears to show TENRYK wearing the same shirt and holding the same iPhone as captured in the Bank's security footage.

8



26.     Below are image captures from a social media site containing videos of "Isaiah Write."  Of note are the facial tattoo below the outside edge of the right eye and the skull tattoo on the back of the right hand, as also captured in the Bank's security footage.



27.     On or about May 6, 2024, a law enforcement agent assigned to this case showed the image below, which is extracted from the same video, to the Bank's branch manager.

9



The Bank's branch manager identified the person pictured above as the person who opened the Company account at the Bank on or about April 24, 2024.

28.     Based on the information provided above, there is probable cause to believe that from on or about April 24, 2024 continuing to at least May 3, 2024, TENRYK knowingly executed, or attempted to execute, a scheme or artifice to defraud the Bank, a financial institution with deposits insured by the FDIC, by opening a fraudulent account using a stolen identity and depositing a fraudulently obtained check into the account, all with the purpose of obtaining $3,078,686.84, in violation of 18 U.S.C. § 1344.

29. Based on the information provided above, there is probable cause to believe that on or about April 24, 2024, during and in relation to the crime of bank fraud, in violation of 18 U.S.C. § 1028A, TENRYK knowingly possessed and used the means of identification of another person or a false identification document, specifically the Executive's name, New York State driver's license number, and Social Security number and a false New York driver's license bearing the Executive's name and New York State driver's license number.

Sworn to under the pains and penalties of perjury,

Respectfully submitted,

*Daniel J. McNichol /by Paul G. Levenson*
Daniel J. McNichol
Special Agent
Internal Revenue Service
Criminal Investigations

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on May 9, 2024.

_____
Hon. Paul G. Levenson
United States Magistrate Judge

11